IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                         Criminal No: 1:06-CR-080 (NRB)

ANTHONY PATTERSON

     Defendant.

_____/

**DEFENDANT'S MOTION FOR A 30-DAY ENLARGEMENT
OF TIME TO FILE A REPLY BRIEF**

Defendant Anthony Patterson ("Patterson") moves this Court for a 30-day extension of time to file a reply to the government's opposition. In support Patterson a states as follows:

1. On May 3, 2021, Patterson filed a motion for compassionate release pursuant to 18 U.S.C. § 3582. (DE: 343).

2. On May 19, 2021, the Government filed a response in opposition. (DE: 346).

3. Patterson's reply is due on or before May 26, 2021. (DE:347).

4. Patterson has recently been transferred to FCI Yazoo City Medium, a new facility, and is currently on a 21-day quarantine. He has no access to his legal documents and no access to the law library.

5. It is anticipated that a 30-day extension will suffice to prepare a reply.

6. Patterson is incarcerated and serving his term imprisonment, thus this request is not made to delay nor frustrate these proceedings, merely to have his claims addressed.

7. Patterson is unable to confer with the Government due to his incarceration.

Wherore, Defendant Anthony Patterson respectfully prays this Honorable Court will grant a 30-day extension to submit a reply brief.

Done this 23 day of May 2021.

Anthony Patterson
Reg. # 57631-004
FCI Yazoo City Medium
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

### CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this document was mailed to the parties listed below with sufficient First Class Postage via the Federal Prison's Legal Mail System:

United States Attorney's Office
1 St. Andrew's Plaza
New York City, NY 10007

Done this 23, day of May 2021.

Anthony Patterson
Reg. # 57631-004
FCI Yazoo City Medium
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

```
Application granted.
SO ORDERED.

       NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:    New York, N.Y.
          June 7, 2021
```