**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.                                                  Criminal No: 1:06-CR-080 (NRB)

ANTHONY PATTERSON

    Defendant.
_____/

**DEFENDANT'S SECOND MOTION FOR A 30-DAY**
**ENLARGEMENT OF TIME TO FILE A REPLY BRIEF**

Defendant Anthony Patterson  ("Patterson") moves this Court for a 30-day extension of time to file a reply to the government's opposition. In support Patterson a states as follows:

1.    On May 3, 2021, Patterson filed a motion for compassionate release pursuant to 18 U.S.C. § 3582. (DE: 343).

2.    On May 19, 2021, the Government filed a response in opposition. (DE: 346).

3.    Patterson's reply is due on or before May 26, 2021.  (DE:347).

4.    This Court granted a prior extension until July 7, 2021 to file a reply to the Government's opposition. (DE:349)

5.    Patterson was recently been transferred to FCI Yazoo City Medium, a new facility, and is currently on a 21-day quarantine.  He has no access to his legal documents and no access to the law library.

6.    Due to the COVID19- Delta variant, the institution has once again gone into a modified lockdown an access to his legal documents is non-existent

7.    It is anticipated that a second 30-day extension will suffice to prepare a reply.

8.    Patterson is incarcerated and serving his term imprisonment, thus this request is

not made to delay nor frustrate these proceedings, merely to have his claims addressed.

9.  Patterson is unable to confer with the Government due to his incarceration.

Wherore, Defendant Anthony Patterson respectfully prays this Honorable Court will

grant a 30-day extension to submit a reply brief.

Done this ⌐ day of July 2021.

Application granted.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:    New York, N.Y.
          August 3, 2021

Anthony Patterson
Reg. # 57631-004
FCI Yazoo City Medium
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this document was mailed to the parties listed below with sufficient First Class Postage via the Federal Prison's Legal Mail System:

United States Attorney's Office
1 St. Andrew's Plaza
New York City, NY 10007

Done this ⌐ day of July 2021.

Anthony Patterson
Reg. # 57631-004
FCI Yazoo City Medium
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

2



ANTHONY PATTERSON
REG. 57631-004
YAZOO CITY MEDIUM
P.O. BOX 5000
YAZOO CITY, MS  39194

MIAMI FL 330

27 JUL 2021    PM 1 L

USMP3
SDNY

USDC SDNY
U.S Courthouse
500 Pearl Street
New York NY 10007-1316

Criminal
Docketing.

RECEIVED

2021 JUL 30  PM 1:18

CLERK'S OFFICE
S.D.N.Y.