UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

             Plaintiff,                      **ORDER**

       - v -                      06 Crim. 80 (NRB)

ANTHONY PATTERSON,

             Defendant.

----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS on June 23, 2020, the Court denied Patterson's May 4, 2020 motion for compassionate release, finding that there were no extraordinary and compelling reasons to support such an application; and

    WHEREAS on October 22, 2021, the Court denied Patterson's second application for compassionate release, finding that a newly identified medical condition of latent tuberculosis for which Patterson sought not treatment did not qualify as a co-morbidity or risk factor for COVID-19; and

    WHEREAS the Court finds that Patterson's appeal is not taken in good faith; it is hereby

    ORDERED that Patterson's Motion and Affidavit for Leave to Proceed In Forma Pauperis is denied.

```
Dated:    New York, New York
          February 3, 2022
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE